MADISON REALTY COMPANY, INCORPORATED, A CORPORATION OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ALBERT V. COLLINS, DEFENDANT-APPELLANT.

Argued October 26, 1936—Decided January 22, 1937.

For the plaintiff-respondent, *Zemel & Miller* (*Louis Zemel*).

For the defendant-appellant, *George A. Henderson.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.  To the citations of law there mentioned upon the subject of the length of notice required to be given to the landlord by the tenant of the latter's intention to terminate his tenancy may be added our opinion in *Katz* v. *Inglis,* 109 *N. J. L.* 54.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, CASE, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ.   12.

*For reversal*—None.